Kathryn L. Bain, State Bar No. 15496
BAIN MAZZA & DEBSKI LLP
10300 W. Charleston Blvd., Ste. 13-191
Las Vegas, NV 89135
Telephone: (702) 919-1090
Fax: (650) 763-3933
kbain@bmdlegal.com

Attorneys for Plaintiff
GEORGE WINBUSH

Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorney for Defendant*
*Xtreme Manufacturing, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE WINBUSH, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>XTREME MANUFACTURING, LLC, a limited liability company, and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-2501<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFNEDANT'S PARTIAL MOTION TO DISMISS AND DEFENDANT'S REPLY (ECF NO. 9)**<br><br>**(FIRST REQUEST)** |

-1-

STIPULATION                                                                 Case No. 2:25-cv-2501

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-2(b), Plaintiff George Winbush ("Plaintiff") and Defendant Xtreme Manufacturing, LLC ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to an extension of time for Plaintiff to file his response to Defendant's Partial Motions to Dismiss (ECF No. 9) (the "Motion"), which was filed on January 16, 2026, and for Defendant to file its reply in support of its Motion.

Plaintiff's response to Defendant's Motion is currently due January 30, 2026. The Parties request a two-week extension up to and including February 13, 2026 for Plaintiff to file his response, and an additional one-week extension up to and including February 20, 2026 for Defendant to file its reply in support of its Motion.

The parties request such extension to allow the parties an opportunity to discuss the filing of an amended complaint which would make the pending Motion moot. Accordingly, this request is made in good faith and not for the purpose of delay.

This is the first request for an extension of time to extend the briefing schedule regarding Defendant's Partial Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: January 28, 2026

BAIN MAZZA & DEBSKI LLP

*/s/ Kathryn L. Bain*

_____
Kathryn L. Bain
Attorney for Plaintiff
George Winbush

Dated: January 28, 2026

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/ Sheri M. Thome*

_____
Sheri M. Thome
Attorney for Dedendant
Xtreme Manufacturing, LLC

IT IS SO ORDERED:

Dated: _January 29, 2026_

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

-2-

STIPULATION                                    Case No. 2:25-cv-2501