**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE WINBUSH, | Case No.: 2:25-cv-02501-APG-BNW |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 9] |
| XTREME MANUFACTURING, LLC, | |
| Defendant | |

In light of the second amended complaint (ECF No. 15),

I ORDER that the defendant's motion to dismiss (ECF No. 9) is DENIED because it is directed at an earlier version of the complaint.

DATED this 17th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE